1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  CFM PARTNERSHIP,                           CASE NO. CV-F-04-5624DLB

12                    Plaintiff,               **ORDER TO SET FURTHER SETTLED CASE
                                               STATUS CONFERENCE**

13         vs.
                                               Date:  May 19, 2005
14  CONAGRA FOODS, INC.,                       Time:  8:30 a.m.
                                               Dept.: 6 (LJO)
15                    Defendant.
    _____/

16

17         This Court conducted a series of settlement conferences in this action.  After concluding the

18  settlement conferences, the parties informed the Court that settlement had been reached.  To monitor

19  completion of settlement, this Court conducted an April 26, 2005 status conference.  Plaintiff CFM

20  Partnership ("CFM") appeared by telephone by counsel David R. Isola, Isola Bowers, LLP.  Defendant

21  Conagra, Inc. appeared by telephone by counsel Andrew A. Bassak, Steefel, Levitt & Weiss and Thomas

22  C. McGowan, McGrath, North, Mullin & Kratz, P.C.  The parties' counsel explained that they are

23  attempting to obtain the signature of CFM's general partner to the settlement agreement to avoid seeking

24  bankruptcy court approval of the settlement.  On the agreement of the parties' counsel, this Court:

25         1.      SETS a further status conference for May 19, 2005 at 8:30 a.m. in Department 6 (LJO)

26                 to address completion of settlement.  The parties' counsel are encouraged to appear at

27                 the conference by arranging a one-line conference call and adding the Court at (559) 498-

28                 7322; and

1

1    2.    DIRECTS CFM's counsel, no later than April 29, 2005, to contact Gary L. Green at

2    (559) 498-7322 to indicate that status of the signature of CFM's general partner to the

3    settlement agreement.

4    IT IS SO ORDERED.

5    **Dated:    April 26, 2005**                    **/s/ Lawrence J. O'Neill**
     66h44d                              UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2