IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CFM PARTNERSHIP, | CASE NO. CV-F-04-5624 DLB |
| Plaintiff, | **ORDER AFTER SETTLED CASE STATUS CONFERENCE AND ORDER VACATING DATES** |
| vs. | |
| CONAGRA FOODS, INC., | |
| Defendant. | |

This Court conducted a series of settlement conferences in this action and conducted further status conferences to monitor completion of the settlement. At a May 19, 2005 status conference, Plaintiff CFM Partnership appeared by telephone by counsel David R. Isola, Isola Bowers, LLP. Defendant Conagra, Inc. appeared by telephone by counsel Thomas C. McGowan, McGrath, North, Mullin & Kratz, P.C. The parties' counsel explained that they have the appropriate signatures on the settlement documents and they have agreement as to the amounts. Plaintiff's counsel indicated that he will move the appropriate state court for approval of the settlement. The parties stated that they believe all procedures should be completed and dispositive documents could be filed by mid-July.

**In accordance with the provisions of Local Rule 16-160, the Court now orders that dispositive documents be submitted no later than July 22, 2005.**

**All court dates** and any pending motions set in this matter, including the May 27, 2005 pretrial conference and the June 14, 2005 trial, are **VACATED**.

1  Failure to comply with this order may be grounds for the imposition of sanctions on any and all
2 counsel or parties who contributed to the violation of this order (see Local Rule 16-160 and Local Rule
3 16-272).
4 IT IS SO ORDERED.
5 **Dated:    May 19, 2005**                             /s/ Lawrence J. O'Neill
   b9ed48                                    UNITED STATES MAGISTRATE JUDGE