IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CFM PARTNERSHIP,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CONAGRA FOODS, INC.,<br><br>　　　　　Defendant.<br>_____ / | CASE NO. CV-F-04-5624DLB<br><br>**ORDER SETTING STATUS CONFERENCE RE SETTLEMENT**<br><br>Date: September 22, 2005<br>Time: 8:30 a.m.<br>Dept.: 6 (LJO) |

　　　This Court conducted a series of settlement conferences in the above entitled matter. After concluding the settlement conferences, the parties informed the Court that they resolved the matter. The parties indicated that they are in the process of documenting the settlement, and that the parties must seek state court approval of the settlement. Accordingly, this Court sets a settled case status conference for September 22, 2005 at 8:30 a.m. in Department 6. The parties may appear at the conference by arranging a one line conference call and telephoning the Court at 559-498-7322. At the conference, the parties should be prepared to inform the Court which steps remain before this case may be dismissed.

IT IS SO ORDERED.

**Dated:   August 3, 2005**　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1