1  David R. Isola, Esq. State Bar #150311
   ISOLA & ASSOCIATES, LLP
2  701 South Ham Lane, Second Floor
   Lodi, California 95242
3  Telephone 209 367-7055
   Facsimile 209 367-7056
4
   Attorneys for Plaintiff, CFM PARTNERSHIP
5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9                            FRESNO DIVISION

10

11 CFM PARTNERSHIP, a California Limited   ) Case No.: 1: 04 CV 5624 DLB
   Partnership,                            )
12                                         )
                                           ) **STIPULATION AND ORDER OF DISMISSAL**
13              Plaintiff,                 )
                                           )
14         vs.                             )
                                           )
15 CONAGRA, INC., a Delaware Corporation,  )
                                           )
16                                         )
                Defendant.                 )
17                                         )
                                           )
18

19     IT IS HEREBY STIPULATED by and between Plaintiff, CFM Partnership ("CFM"), and

20 Defendant, ConAgra, Inc. ("ConAgra"), by and through their respective counsel of record, that

21 CFM's claims against ConAgra in the above-captioned action shall be and hereby are dismissed

22 pursuant to FRCP Rule 41(a)(1) with prejudice.

23     Each side shall bear its own costs.

24     IT IS SO STIPULATED.

25 ///

26 ///

27 ///

28 ///

1  Dated: November 15, 2005                    ISOLA & ASSOCIATES, LLP

2
                                               By:    /s/ as authorized on November 15, 2005
3

4                                                            David R. Isola
                                                           Attorney for Plaintiff
5                                                            CFM Partnership

6

7

8  Dated: November 15, 2005                    STEEFEL, LEVITT, & WEISS

9
                                               By:    /s/ as authorized on November 11, 2005
10

11                                                           Andrew A. Bassak
                                                           Attorney for Defendant
12                                                             ConAgra, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

PURSUANT TO THE ABOVE STIPULATION OF THE PARTIES HERETO, IT IS HEREBY ORDERED that this Action is dismissed with prejudice as to CFM Partnership's claims, with each side to bear its own costs.

Dated: January 3, 2006                           _____/s/ Dennis L. Beck_____
                                                                United States Magistrate Judge